# Admissions by Admission Coordinator Report

| Client Name MR No. | Facility Service Location | Referral Type Payor Type | Referral Name or Relationship to Client | Referral Contact | Primary Physician | Date of Referral | Admit Type | Date of Admission Prior Discharge Date | Current Status |
|---|---|---|---|---|---|---|---|---|---|
| HOME HEALTH | | | | | | | | | |
| FT. MYERS HH, 3, KATIE SCHWALBE | | | | | | | | | |
| ▓ | | PHYSICIAN MEDICARE | MORELL, THOMAS | THOMAS MORELL | MORELL, THOMAS | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | PHYSICIAN MEDICARE | LAQUIS, STEPHEN | STEPHEN LAQUIS | LAQUIS, STEPHEN | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | PHYSICIAN MEDICARE | CHAPMAN, MARY CLAIRE | MARY-CLAIRE CHAPMAN | CHAPMAN, MARY CLAIRE | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | | PHYSICIAN MEDICARE | WILSON, RICHARD | RICHARD WILSON | WILSON, RICHARD | ▓ | NEW ADMISSION | ▓ | RECERTIFIED |
| ▓ | KINGS CROWN, SHELL POINT | PHYSICIAN MEDICARE | CHAPMAN, MARY CLAIRE | MARY-CLAIRE CHAPMAN | CHAPMAN, MARY CLAIRE | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | | PHYSICIAN MEDICARE | MORELL, THOMAS | MELODEE MORELL | MORELL, THOMAS | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | LIFE CARE CENTER OF ESTERO | LIFE CARE CENTER OF ESTERO | DSOUZA, MELWYN | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | THE ARBOR, SHELL POINT | PHYSICIAN MEDICARE | CHAPMAN, MARY CLAIRE | MARY-CLAIRE CHAPMAN | CHAPMAN, MARY CLAIRE | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY VETERANS ADMINISTRATION-CONTRACTED | VA CLINIC - FORT MYERS | SANDY | BAUMANN, PATRICIA | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | VA CLINIC - FORT MYERS | SANDY | FINEBERG, DANIEL | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | PHYSICIAN MEDICARE | CHIEN, WUI | KIMBERLY HOGAN | CHIEN, WUI | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | SHELL POINT PAVILION | VALERIE | CHAPMAN, MARY CLAIRE | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY VETERANS ADMINISTRATION-CONTRACTED | VA CLINIC - FORT MYERS | SANDY | GIRIJASHANKER, RAJAGOPAL | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | WINDSOR PLACE ALF - CAPE CORAL | FACILITY MEDICARE | HEARTLAND HEALTH CARE CENTER OF FT MYERS | DONNA | SELL, BARRY | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | WINDSOR PLACE ALF - CAPE CORAL | FACILITY MEDICARE | COMFORT KEEPERS - FT MYERS | MAUREEN | SELL, BARRY | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | SHELL POINT PAVILION | SARA KACHOR | CHIEN, WUI | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | SHELL POINT PAVILION | STEPHANIE SPAGNUOLO | DEGRAFF, CLAUDE | ▓ | READMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | VA CLINIC - FORT MYERS | SANDY | STEIN, IRA | ▓ | READMISSION | ▓ | RECERTIFIED |
| ▓ | THE ARBOR, SHELL POINT | FACILITY MEDICARE | SHELL POINT PAVILION | AMANDA | CHAPMAN, MARY CLAIRE | ▓ | NEW ADMISSION | ▓ | DISCHARGED |
| ▓ | | FACILITY MEDICARE | SHELL POINT PAVILION | SARA KACHOR | CHAPMAN, MARY CLAIRE | ▓ | NEW ADMISSION | ▓ | DISCHARGED |

**Sent:** Thursday, October 16, 2014 7:38 PM
**To:** Halbisen, Michelle; Menard, Jane; Isabell, Donna K; Schwalbe, Katherine; Godek, Melissa Lynne; Rose, Darren; Perez, Mary Jean
**Subject:**

I will let my mom know...thanks Michelle :)

Sent from my Verizon Wireless 4G LTE Tablet

-------- Original message --------
From: "Halbisen, Michelle" <Michelle.Halbisen@seniorhomecare.net>
Date: 10/16/2014 4:43 PM (GMT-05:00)
To: "Menard, Jane" <Jane.Menard@seniorhomecare.net>,"Isabell, Donna K" <Donna.isabell@seniorhomecare.net>,
,"Schwalbe, Katherine" <katherine.schwalbe@seniorhomecare.net>,"Godek, Melissa Lynne" <Melissa.Godek@seniorhomecare.net>,"Rose, Darren" <Darren.Rose@seniorhomecare.net>,"Perez, Mary Jean" <MaryJean.Perez@seniorhomecare.net>,"Perez, Mary Jean" <MaryJean.Perez@seniorhomecare.net>
Subject:

good afternoon

I hope everyone is having a good day so far. Wanted to get back in touch with everyone regarding this patient. I attempted on five occasions to reach this patient today to schedule for the occupational therapy evaluation. Patient was unavailable as she was volunteering outside with in the regular Fort Myers community. This afternoon I was just able to reach her as she is now home from her volunteer time (4 hours) she informed me that she volunteers at the gift shop as well. Gift shop is in shell point. As well as the shell point Thrift store. She said there's been no change in how she is functioning she's driving within the community and she and I discussed occupational therapy evaluation told her what we would be addressing with in occupational therapy and she said in that area she is doing fine so she is refused yet again occupational therapy evaluation. she reports she is doing well with her daily routine and has no problem in that area. she reported to me that she's out of her house for hours for volunteering at the gift shop for hours for the thrift store and she also engages in weekly mahjong as well as bridge playing.

1

please advise on who I may notify of patient refusal.

Thank you

Michelle


Sent from my Verizon Wireless 4G LTE Tablet


-------- Original message --------
From: "Menard, Jane" <Jane.Menard@seniorhomecare.net>
Date: 10/16/2014 2:07 PM (GMT-05:00)
To: "Halbisen, Michelle" <Michelle.Halbisen@seniorhomecare.net>
Subject: ███

Hi Michelle – were you able to see this patient today?

2

Ex. A - 3 of 5

**From:** Godek, Melissa Lynne
**Sent:** Wednesday, October 15, 2014 6:18 PM
**To:** Schwalbe, Katherine; ▮▮▮▮ Isabell, Donna K; Mccray, Sonjoann D; Sallette, Jameshia; Halbisen, Michelle
**Subject:** ▮▮▮▮

See angela's response below

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Mencarelli, Angela M [Angela.Mencarelli@seniorhomecare.net]
**Received:** Wednesday, 15 Oct 2014, 6:03PM
**To:** Godek, Melissa Lynne [Melissa.Godek@seniorhomecare.net]; Halbisen, Michelle [Michelle.Halbisen@seniorhomecare.net]
**CC:** Sallette, Jameshia [Jameshia.Sallette@seniorhomecare.net]; Mccray, Sonjoann D [Denise.McCray@seniorhomecare.net]
**Subject:** ▮▮▮▮

Pt is known to me. She volunteers for 4 hours twice a week at shell point gift shop and the off site thrift shop(drives herself) and plays bridge for four hours outside of her home(drives herself) at least twice a week. I do not believe she is homebound. I evaluated her 1 month ago and she said her status is unchanged.


-------- Original message --------
From: "Godek, Melissa Lynne" <Melissa.Godek@seniorhomecare.net>
Date: 10/15/2014 5:33 PM (GMT-05:00)
To: "Mencarelli, Angela M" <Angela.Mencarelli@seniorhomecare.net>,"Halbisen, Michelle" <Michelle.Halbisen@seniorhomecare.net>
Cc: "Sallette, Jameshia" <Jameshia.Sallette@seniorhomecare.net>,"Mccray, Sonjoann D" <Denise.McCray@seniorhomecare.net>
Subject: ▮▮▮▮

▮▮▮▮ Patient lives at ▮▮▮▮

Needs OT and PT evals. Put on both of you tomorrow since you were low.....

Nursing just did a discipline d/c this past Saturday with nursing goals met.

**Melissa Godek RN, BSN**
Clinical Supervisor
**Senior Home Care**
**An Affiliate of Kindred at Home**
14421 Metropolis Ave, suite 102
Fort Myers, Fl 33912
239.277.1003 ext 1004
239.277.1008 fax
www.seniorhomecare.net



2