**Isabell, Donna K**

**From:** Smithson, Laird
**Sent:** Monday, April 27, 2015 2:21 PM
**To:** Isabell, Donna K
**Cc:** Ellis, John M
**Subject:** Congrats on hitting your goal!

Donna, just wanted to let you know that I knew that you and your team could do it! Managing clinically appropriate recertification's only helps patients and provides for a much more stable operating environment. Keep up the great work!!

Laird

**Isabell, Donna K**

| | |
|---|---|
| **From:** | Feldman, Sarah <Sarah.Feldman@gentiva.com> |
| **Sent:** | Monday, July 13, 2015 8:10 AM |
| **To:** | Dvolinsky, Ekaterina |
| **Cc:** | Cabe, Mickey [Gentiva]; Ostroski, David [Gentiva]; Isabell, Donna K |
| **Subject:** | Re: Clearwater PPS admits |

Loving those recerts!

Sent from my iPhone

On Jul 13, 2015, at 8:08 AM, Dvolinsky, Ekaterina [Kindred] <Ekaterina.Dvolinsky@seniorhomecare.net> wrote:

> MTD PPS admits 28
> WTD 7/5-7/11 PPS admits 16
>
> MTD PPS recerts 27
>
>
> **Ekaterina Dvolinsky, RN, BSN**
> **Branch Director**
> Senior Home Care
> An Affiliate of Kindred at Home
> 380 Park Place Blvd, Suite 100
> Clearwater, FL 33759
> 727.531.0300
> 727.531.0055 fax
> www.seniorhomecare.net
>
> <image001.png>
>
>
> The information contained in this E-mail transmission is
> intended only for the use of the individual or entity to whom
> it is addressed. It may contain privileged, confidential,

00416

1

and protected health information.

If you received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then please delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation.
Please contact the sender if you need assistance.

Dedicated to Hope, Healing and Recovery.