# Isabell, Donna K

| | |
|---|---|
| **From:** | Perez, Mary Jean (Cordell) |
| **Sent:** | Thursday, April 9, 2015 2:29 PM |
| **To:** | Tuttle, Lisa; Jackson, Shela |
| **Cc:** | Isabell, Donna K |
| **Subject:** | missed recert visit |

Olga is trying to bill ▮▮▮▮▮ episode 1.16.15—looks like was to be a recert with visit on 3.13.15—missed as she had md appnt and was not rescheduled even though the PT06 was done the next day.
We will need to do an rn66 on this one and call the pt to see how they are doing, maybe get new orders for care if needed...?

If you all agree with this plan I will tell Olga she can bill it out when the 66 is done
Thx
mj

**Mary Jean Perez (Cordell), RN, CLNC, CHCQM, CHCRM**
**Director of Operations / Port Charlotte**
Senior Home Care
An Affiliate of Kindred at Home
970 Kings Hwy #2
Port Charlotte, FL 33980
941-623-4882
fax: 941- 467-3384
cell: 941-421-2850 *new*
maryjean.perez@seniorhomecare.net


Senior Home Care
An Affiliate of Kindred at Home

1