Tel: 727.999.1626
quandala.johnson@seniorhomecare.net
www.gentiva.com



---

**From:** Schwalbe, Katherine
**Sent:** Thursday, August 20, 2015 5:19 PM
**To:** Johnson, Dalla
**Subject:** Re: Please Veirfy - Month #'s to date

Dalla,

I have 9 PPS admissions so far this month and 4 Medicare referrals pending. My goal is 20. 1 of those 4 we do not have staff (ST) to start/admit until next week ▮▮▮▮▮▮▮▮▮▮ He was referred to us by Dr Morell on 8/14. We are out of compliance on this referral.

I am deeply concerned about lack of staff and our ability to properly care for the patients we have on service. With only 1 full time nurse for Ft Myers at this time I am concerned about quality of care. I understand that I have a PPS admission to goal to meet and want to exceed that goal. I also want to make sure that we are able to handle and care for those patients that are referred to us. Kara had a patient recently that was seen later than medically necessary (foley care) due to lack of nursing staff. We had this issue for 3-4 months beginning in December 2014 and we found that numerous patients were not being seen according to their care plan as a result of lack of clinical staff. I brought it to the attention of Donna Isabell, Kathleen Border, Lisa Tuttle and John Ellis and our new admissions declined as a result during that time period.
We were not able to sell and ask for new referrals during this time period.

We had a referral ▮▮▮▮▮▮▮▮ this week and we were planning to discharge him because we could medically not meet his needs. Sales staff was unaware that we didn't have a nurse that was trained on medi-ports and we accepted him over the weekend. The clinical weekend supervisor over accepted him from the hospital. He is a referral source of ours. We ended up discharging him since he was not homebound.

I am concerned about our reputation. I received an email yesterday from ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ at Shell Point about her dissatisfaction of coordination of care for her mother, ▮▮▮▮▮▮ and on call over the weekend. Kara and I met with her today to hear her concerns. She asked that her mother be discharged immediately from our services and told Kara and myself today she will never refer her mother to us again. Shell Point is our top referral source for our branch and am concerned about damage done as a result.

I wanted to make sure you were aware of our current situation as we work to grow our business. Thanks Dalla.

# RE: Staffing

NM  **Nemet, Michael K**
To: Schwalbe, Katherine;

↩ Reply all | ⌄
Wed 11/26/2014 10:06 AM

Inbox

ok

**Mick Nemet**
Area Vice President of Sales
Senior Home Care
An Affiliate of Kindred at Home
311 Park Place Blvd., Suite 500
Clearwater, FL 33759
305.900.8976 cell
www.seniorhomecare.net



---

**From:** Schwalbe, Katherine
**Sent:** Wednesday, November 26, 2014 10:02 AM
**To:** Nemet, Michael K
**Subject:** RE: Staffing

I will call you in 20



Sent from my Verizon Wireless 4G LTE Tablet


-------- Original message --------
From: "Nemet, Michael K" <Michael.nemet@seniorhomecare.net>
Date: 11/26/2014 9:53 AM (GMT-05:00)
To: "Schwalbe, Katherine" <katherine.schwalbe@seniorhomecare.net>
Subject: RE: Staffing

I haven't the slightest idea. It's the first I've heard of it.

**Mick Nemet**
Area Vice President of Sales
Senior Home Care
An Affiliate of Kindred at Home
311 Park Place Blvd., Suite 500
Clearwater, FL 33759
305.900.8976 cell
www.seniorhomecare.net



---

**From:** Schwalbe, Katherine
**Sent:** Tuesday, November 25, 2014 8:46 PM
**To:** Nemet, Michael K
**Subject:** Fwd: Staffing

Mick.... is this standard with rehab care?

Sent from my Verizon Wireless 4G LTE Tablet

-------- Original message --------
From: "Tuttle, Lisa" <Lisa.Tuttle@seniorhomecare.net>
Date: 11/25/2014 5:19 PM (GMT-05:00)
To: "Schwalbe, Katherine" <katherine.schwalbe@seniorhomecare.net>
Subject: RE: Staffing

We have nursing working –however; therapy is null on Thursday (no one is working) and slim on Friday. There are not any therapy disciplines working Thursday. All Starts (including hips and knees will be started by RN).

---

**From:** Schwalbe, Katherine
**Sent:** Tuesday, November 25, 2014 5:16 PM
**To:** Tuttle, Lisa
**Subject:** Staffing

We have been selling home for the holidays this week per Jon Rousseau. How are we handling Thursday

and Friday for new starts of care?

Sent from my Verizon Wireless 4G LTE Tablet

# Re: RE:

**ID  Isabell, Donna K**
To: Schwalbe, Katherine; Cc: Tuttle, Lisa; Nemet, Michael K; Hughes, Judith;

↩ Reply all | ⌄
Wed 12/24/2014 1:14 PM

Inbox

Thanks Katie. I would like to be kept in the loop on this

Sent from my iPhone

On Dec 24, 2014, at 12:45 PM, Schwalbe, Katherine <katherine.schwalbe@seniorhomecare.net> wrote:

> Please let me know if there are issues as a result with referral sources and/or patients not being seen. I know the home for the holidays campaign was important to the company. Thanks lisa.
>
> Sent from my Verizon Wireless 4G LTE Tablet
>
> -------- Original message --------
> From: "Tuttle, Lisa" <Lisa.Tuttle@seniorhomecare.net>
> Date: 12/24/2014 11:12 AM (GMT-05:00)
> To: "Schwalbe, Katherine" <katherine.schwalbe@seniorhomecare.net>
> Cc: "Nemet, Michael K" <Michael.nemet@seniorhomecare.net>,"Isabell, Donna K" <Donna.isabell@seniorhomecare.net>,"Hughes, Judith" <judith.hughes@seniorhomecare.net>
> Subject: RE:
>
> We are limited- I spoke to Darren Rose who said he doesn't have therapists available- the one therapist scheduled has refused to see patients. I asked him (Darren) if he could start some p patients, as we have 11 scheduled for today and 4 for tomorrow, he cannot. I am seeing 2 today for starts and Patti is seeing 2. As hoke has 3 plus his regular load and Shell has two plus her regular visits. The LPNs are at ten plus each.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Schwalbe, Katherine [katherine.schwalbe@seniorhomecare.net]
**Received:** Wednesday, 24 Dec 2014, 10:53AM
**To:** Tuttle, Lisa [Lisa.Tuttle@seniorhomecare.net]
**CC:** Nemet, Michael K [Michael.nemet@seniorhomecare.net]; Isabell, Donna K [Donna.isabell@seniorhomecare.net]; Hughes, Judith [judith.hughes@seniorhomecare.net]

Hi Lisa. I was curious how we are handling therapy on Christmas Day. Do you know what our plan is?

Sent from my Verizon Wireless 4G LTE Tablet


No insurance this week

# No insurance this week

**TL**  **Tuttle, Lisa**
To: Bradley, Erin; Fales, Kara; Harper, Matthew; Schwalbe, Katherine; Battle, Janet ...

↩ Reply all | ⌄
Mon 2/23/2015 12:28 PM

Inbox

Hi all — I wanted to let you know that we will be unable to take insurance patients this week. We do NOT have the nursing staff to cover. ▬▬▬ remains out ▬▬▬ and I just received a phone call that ▬▬▬ is having ▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ We do not have additional PT staff trained yet.

Melissa is out in the field seeing patients and I will do the same as needed.

Lisa Tuttle, RN, CHPN, BS, MSN

    Branch Director
    Senior Home Care
    An Affiliate of Kindred at Home
    14421 Metropolis Ave, suite 102
    Fort Myers, Fl 33912
    239.277.1003 ext 1004
    239.277.1008 fax
    www.seniorhomecare.net


Senior Home Care
An Affiliate of Kindred at Home

# RE: Weekend staffing

TL **Tuttle, Lisa**
To: Schwalbe, Katherine; Sallette, Jameshia; Cc: Mccray, Sonjoann D; Godek, Me

↩ Reply all | v

Fri 2/27/2015 9:31 AM

Inbox

As I just told Donna, we are drowning in this office. We have 180 patients and 3 nurses. ▮▮▮▮ has called out sick yesterday, today, and this weekend (and she is on call). Patty, Melissa and I are seeing her patients today. I am hiring nurses as fast as I can find good ones, but unfortunately, they don't come trained.

I normally don't vent so publicly – send the life vests!

Lisa Tuttle, RN, CHPN, BS, MSN

> Branch Director
> Senior Home Care
> An Affiliate of Kindred at Home
> 14421 Metropolis Ave, suite 102
> Fort Myers, Fl 33912
> 239.277.1003 ext 1004
> 239.277.1008 fax
> www.seniorhomecare.net


Senior Home Care
An Affiliate of Kindred at Home

---

**From:** Schwalbe, Katherine
**Sent:** Friday, February 27, 2015 9:10 AM
**To:** Tuttle, Lisa; Sallette, Jameshia
**Cc:** Mccray, Sonjoann D; Godek, Melissa Lynne; Fales, Kara; Bradley, Erin; Harper, Matthew; Isabell, Donna K; Curchy, Jason; Border, Kathleen
**Subject:** Weekend staffing
**Importance:** High


Happy Friday everyone! As we have been at max capacity or close this week for new starts of care I wanted to find out what our plan is for the weekend. Who is seeing patients and what is our max we can take for new referrals for each discipline? It will really help us when we are out marketing today to know where we are at. Thank you for all you do!!

I meant to include you all on the message below.

Lisa Tuttle, RN, CHPN, BS, MSN

>   Branch Director
>   Senior Home Care
>   An Affiliate of Kindred at Home
>   14421 Metropolis Ave, suite 102
>   Fort Myers, Fl 33912
>   239.277.1003 ext 1004
>   239.277.1008 fax
>   www.seniorhomecare.net



---

**From:** Tuttle, Lisa
**Sent:** Friday, February 20, 2015 11:47 AM
**To:** Mccray, Sonjoann D; Sallette, Jameshia
**Cc:** Godek, Melissa Lynne; Christian, Patti
**Subject:** RE: Aetna

As of right now, we cannot take another SN start for the weekend. We do not have adequate, let alone, additional nursing coverage – I am sick and cannot see patients. Melissa cannot. Patti has agreed to take one for Saturday; though I want to utilize her for an emergent case (i.e.: fresh Peg tube, trach, etc.)

Lisa Tuttle, RN, CHPN, BS, MSN

>   Branch Director
>   Senior Home Care
>   An Affiliate of Kindred at Home
>   14421 Metropolis Ave, suite 102
>   Fort Myers, Fl 33912
>   239.277.1003 ext 1004
>   239.277.1008 fax
>   www.seniorhomecare.net

---

**From:** Mccray, Sonjoann D
**Sent:** Friday, February 20, 2015 11:42 AM
**To:** Fales, Kara
**Cc:** Tuttle, Lisa; Godek, Melissa Lynne
**Subject:** RE: Aetna

# RE: Port Charlotte

TL  **Tuttle, Lisa**
To: Schwalbe, Katherine;

↩ Reply all | ˅
Wed 3/4/2015 3:45 PM

Inbox

This is what I heard back from MJ:

Let me know as they come in—if they are in the cape we can help more than if they are further south---

I suppose we continue to take it one day at a time; continue to market as you have been doing – just keeping in mind that same day starts aren't as possible as I would like for them to be. I am ready to go out to perform starts if need be, as I've said though; my concern (and written thought) is who will follow the patient once admitted.....

Lisa Tuttle, RN, CHPN, BS, MSN

    Branch Director
    Senior Home Care
    An Affiliate of Kindred at Home
    14421 Metropolis Ave, suite 102
    Fort Myers, Fl 33912
    239.277.1003  ext 1004
    239.277.1008 fax
    www.seniorhomecare.net



Senior Home Care
An Affiliate of Kindred at Home

---

**From:** Schwalbe, Katherine
**Sent:** Wednesday, March 04, 2015 3:33 PM
**To:** Tuttle, Lisa
**Subject:** Port Charlotte

Lisa,
Any news on Port Charlotte helping us cover starts of care?

# RE: March

### Ellis, John M

Mon 3/16/2015 10:49 AM

To: Schwalbe, Katherine <katherine.schwalbe@seniorhomecare.net>;

Thank you, you do that always and that is appreciated. My goal is to take away the obstacles that cause this so we can worry about other things, we will get there and yes you are and always have been part of the solution

---

**From:** Schwalbe, Katherine [mailto:katherine.schwalbe@seniorhomecare.net]
**Sent:** Monday, March 16, 2015 10:47 AM
**To:** Ellis, John M
**Subject:** RE: March

Thank you for getting back to me so quickly and I do appreciate it. My goal is to maintain a positive attitude for our team and continue moving in a forward direction.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Ellis, John M [John.Ellis@kindred.com]
**Received:** Monday, 16 Mar 2015, 10:45AM
**To:** Schwalbe, Katherine [katherine.schwalbe@seniorhomecare.net]
**Subject:** RE: March

Thank you and yes I am working hard on this. We are hoping to have this current situation resolved, and let me see what I can do to address more. I am unable to get to you in person this week or next but am looking forward to trying to see you as soon as I can

---

**From:** Schwalbe, Katherine [mailto:katherine.schwalbe@seniorhomecare.net]
**Sent:** Monday, March 16, 2015 10:44 AM
**To:** Ellis, John M
**Subject:** March

John,
Thank you for your time last week. I want to help be part of the solution. I wanted to mention that I likely will not be receiving a commission check this month as we have not been in an opportunity to ask for new referrals due to our staffing situation. Typically March is one of my best referral months due to season. I face losing roughly $5,000 this month as a result. My goal is 35 and we are having a difficult time caring for those on service now. Is there anything that can be done to address this? I appreciate any consideration.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

# RE: █████████

**SK**   Schwalbe, Katherine
To: Bradley, Erin; Fales, Kara; ⌵

↩ Reply all | ⌵
Wed 3/25/2015 5:34 PM

Sent Items

Oh wow. Please let me know what donna says.

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
From: Fales, Kara [Kara.Oxford@seniorhomecare.net]
Received: Wednesday, 25 Mar 2015, 5:31PM
To: Schwalbe, Katherine [katherine.schwalbe@seniorhomecare.net]; Bradley, Erin [Erin.Bradley@seniorhomecare.net]
Subject: ████████

Fyi! I have already involved jason and donna. Still awaiting a resolution.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Sallette, Jameshia" <Jameshia.Sallette@seniorhomecare.net>
Date:03/25/2015 5:11 PM (GMT-05:00)
To: "Fales, Kara" <Kara.Oxford@seniorhomecare.net>, "Battle, Janet" <Janet.Battle@seniorhomecare.net>
Cc: "Tuttle, Lisa" <Lisa.Tuttle@seniorhomecare.net>, "Godek, Melissa Lynne" <Melissa.Godek@seniorhomecare.net>
Subject: ████████

None of these are in my work flow, and all of the nurses are maxed out, I am giving ████████ a start... they all have 8 visits without starts and I only have one LPN working tomorrow that is full with her requested 6 patients. Please advise as I have to leave shortly.

**Jameshia Sallette**
**Patient Services Coordinator**

**Senior Home Care**
**An Affiliate of Kindred at Home**
14421 Metropolis Ave
Ft Myers, FL 33912
239.277.1003
239.277.1008 Fax



---

**From:** Fales, Kara
**Sent:** Wednesday, March 25, 2015 5:08 PM
**To:** Battle, Janet
**Cc:** Sallette, Jameshia; Tuttle, Lisa
**Subject:** ▮

▮ are the only that I am aware of.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Battle, Janet" <Janet.Battle@seniorhomecare.net>
Date: 03/25/2015 5:03 PM (GMT-05:00)
To: "Fales, Kara" <Kara.Oxford@seniorhomecare.net>
Cc: "Sallette, Jameshia" <Jameshia.Sallette@seniorhomecare.net>, "Tuttle, Lisa" <Lisa.Tuttle@seniorhomecare.net>
Subject: ▮

Documents attached.

Kara, are there anymore that will need to be scheduled for tomorrow? Again thank you so much!

---

**From:** Fales, Kara
**Sent:** Wednesday, March 25, 2015 4:38 PM
**To:** Battle, Janet; Tuttle, Lisa
**Cc:** Sallette, Jameshia
**Subject:** ▮

He is in system...please attach documents and schedule.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: "Battle, Janet" <Janet.Battle@seniorhomecare.net>
Date: 03/25/2015 1:24 PM (GMT-05:00)
To: "Fales, Kara" <Kara.Oxford@seniorhomecare.net>, "Tuttle, Lisa" <Lisa.Tuttle@seniorhomecare.net>
Subject:

Per Lucy / acct mgr – patient is DC today.
If you have any questions please call her at 954-275-1886

Thank you!

**From:** lucischn@aol.com [mailto:lucischn@aol.com]
**Sent:** Wednesday, March 25, 2015 1:18 PM
**To:** Battle, Janet
**Subject:**

Hi Janet

here it is

thanks

lucy

-----Original Message-----
From: Schneider, Lucy <lucy.schneider@seniorhomecare.net>
To: lucischn <lucischn@aol.com>
Sent: Wed, Mar 25, 2015 1:00 pm
Subject:

Sent from my Android phone using TouchDown (www.nitrodesk.com)

-----Original Message-----
**From:** Bell, Roslyn Bell Roshun [Roslyn.Bell@seniorhomecare.net]
**Received:** Wednesday, 25 Mar 2015, 12:38PM
**To:** Schneider, Lucy [lucy.schneider@seniorhomecare.net]
**Subject:**

Hi Lucy, I just received updated docs for the patient via Ecin. Looks like he will be discharged today, can you look into this and let me know. I will wait for you before I forward the info to Fort Meyers.

**Roslyn Bell, LPN**
**Intake Specialist Dade/Broward**
Senior Home Care
An Affiliate of Kindred at Home
14400 NW 77 Ct Ste 106
Miami Lakes, FL 33016
Office-305-821-5553
Fax-305-821-1929
roslyn.bell@seniorhomecare.net



Senior Home Care
An Affiliate of Kindred at Home

The information contained in this E-mail transmission is
intended only for the use of the individual or entity to whom
it is addressed. It may contain privileged, confidential,
and protected health information.

If you received it in error, you are on notice of its status.
Please notify us immediately by reply e-mail and then please
delete this message from your system. Please do not copy it
or use it for any purposes, or disclose its contents to any
other person. To do so could violate state and Federal
privacy laws. Thank you for your cooperation.
Please contact the sender if you need assistance.

Dedicated to Hope, Healing and Recovery.

# Missed Visits

**TL** Tuttle, Lisa
To: Battle, Janet; Berry, Cheryl; Bradley, Erin; Chandler, Jennifer Lyne; Christian, P... ⌄

↩ Reply all | ⌄

Thu 2/19/2015 12:37 PM

Inbox

 

Please see the schematic below depicting the number of missed visits for the month of February. This is entirely too many. We must be contacting the patient and/or caregiver on the night before and clearing their schedules with ours.

**TOTAL NUMBER OF MISSED VISITS FOR HOME HEALTH: 245**

**TOTAL NUMBER OF MISSED VISITS FOR THIS REPORT: 245**

| MISSED VISIT REASON | VISITS |
|---|---|
| CAREGIVER REFUSED - PHYSICIAN NOTIFIED | 13 |
| CGR PROVIDED CARE - PHYSICIAN NOTIFIED | 6 |
| CORP USE ONLY - SCHEDULED IN ERROR - SEE PLAN OF CORRECTION | 2 |
| FAMILY EMERGENCY/ILLNESS | 19 |
| NO ANSWER DOOR/PHONE-MEDICARE WK- PHYSICIAN NOTIFIED | 42 |
| NO AUTHORIZATION | 6 |
| OFFICE OVERRIDE - MUST EXPLAIN IN COORDINATION NOTE | 34 |
| PATIENT DECLINED THIS DISCIPLINE'S SERVICE -PHYSICIAN NOTIFIED | 31 |
| PATIENT IN HOSPITAL | 30 |
| PATIENT REFUSED SERVICES-PHYSICIAN NOTIFIED | 27 |
| PRIOR VISIT MET PATIENT/FAMILY NEEDS | 3 |
| PT HAD PHYSICIAN APPT - MEDICARE WK- PHYSICIAN NOTIFIED | 14 |
| VISIT DONE ON PAPER | 18 |
| GRAND TOTAL: | 245 |

Lisa Tuttle, RN, CHPN, BS, MSN

**Branch Director**
**Senior Home Care**
**An Affiliate of Kindred at Home**